UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 1:15-cr-90-01-SM |
| v. ) | |
| ) | |
| WILLIAM TOWNLEY ) | |
| ) | |

## INDICTMENT

**The Grand Jury charges:**

### COUNT ONE

**[Failure to Register as a Sex Offender – 18 U.S.C. § 2250(a)]**

On or about and between January 9, 2014 and September 16, 2014, in the District of New Hampshire and elsewhere, the defendant,

**WILLIAM TOWNLEY,**

a person required to register under the Sex Offender Registration and Notification Act (SORNA), traveled in interstate commerce after being required to register, and did knowingly fail to register and update a registration as required by SORNA.

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

Dated: June 17, 2015          /s/  Foreperson
                              Grand Jury Foreperson

DONALD FEITH
Acting United States Attorney

By:    /s/  Georgiana L. Konesky
       Georgiana L. Konesky
       Assistant U.S. Attorney

1